IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Criminal Action No. |
| | ) | 13-00273-01-CR-W-DGK |
| NORMAN BERNARD WEAVER, | ) | |
| | ) | |
| Defendant. | ) | |

REPORT AND RECOMMENDATION

On October 7, 2014, I ordered Defendant to undergo a competency evaluation (Doc. No. 175). Defendant was examined by Jeremiah Dwyer, Ph.D., who prepared a report dated March 17, 2015.

A competency hearing was held on April 23, 2015. The government was represented by Assistant United States Attorney John Cowles. Defendant in person with appointed attorney David Guastello. The parties stipulated to the contents and findings of Dr. Dwyer's report (Tr. at 2). No additional evidence was presented. The parties waived the fourteen-day objection period (Tr. at 3).

Based upon the uncontroverted evidence, I find that Defendant is competent to proceed. Therefore, it is

RECOMMENDED that the court, after making an independent review of the record and applicable law, enter an order finding Defendant competent.

/s/ Robert E. Larsen
ROBERT E. LARSEN
United States Magistrate Judge

Kansas City, Missouri
April 24, 2015