IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 13-00273-01-CR-W-DGK |
| | ) | |
| NORMAN BERNARD WEAVER, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

On October 7, 2014, Defendant was ordered to undergo a competency evaluation. Defendant was examined by Jeremiah Dwyer, Ph.D. It is the opinion of Dr. Dwyer that Defendant is competent to proceed. During a hearing held before United States Magistrate Judge Robert Larsen on April 23, 2015, Defendant and the government stipulated to the report of Dr. Dwyer. Therefore, after making an independent review of the record, it is

ORDERED that the Report and Recommendation of Magistrate Judge Robert Larsen is adopted in its entirety, and this court finds that Defendant is competent. It is further

ORDERED that this case is placed on the joint criminal jury trial docket commencing June 8, 2015. It is further

ORDERED that, pursuant to 18 U.S.C. §§ 3161(h)(1)(A) and (h)(4), the time between October 6, 2014, and the date of this order is excluded in computing the time within which the trial of this criminal action must commence.

**IT IS SO ORDERED.**

Date:      April 27, 2015             /s/ Greg Kays
                                      GREG KAYS, CHIEF JUDGE
                                      UNITED STATES DISTRICT COURT