# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) | No. 13-00273-01-CR-W-DGK |
| NORMAN BERNARD WEAVER, | ) ) ) | |
| Defendant. | ) | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

Pending before the Court are Defendant's Motion to Declare Case Extended and Complex (Doc. 350) and United States Magistrate Judge Robert E. Larsen's Report and Recommendation recommending that the motion be denied (Doc. 394).

After carefully reviewing the Magistrate's report and conducting an independent review of the record and applicable law, it is hereby ORDERED that Magistrate Judge Larsen's Report and Recommendation is ADOPTED. Defendant's Motion to Declare the Case Extended and Complex (Doc. 350) is hereby DENIED.

**IT IS SO ORDERED.**

Date: September 12, 2016        /s/ Greg Kays
                                GREG KAYS, JUDGE
                                UNITED STATES DISTRICT COURT